UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EMILY WAGNER

VERSUS

BELLSOUTH TELECOMMUNICATIONS INC., ET AL

CIVIL ACTION

NO. 07-604-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 9, 2008. Plaintiff has filed an objection and the defendant has filed a reply to the objection, which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss pursuant to Rule 12(b)(6) filed by defendant Credit Bureau Collection Service, Inc. is granted in part, dismissing the plaintiff's claims against defendant CBCS under 15 U.S.C. § 1692(b) of the Fair Debt Collections Practices Act, and 15 U.S.C. §§ 1681c(c)(1) and 1681s-2(a) of the Fair Credit Reporting Act. Further, the defendant CBCS's Motion to Dismiss plaintiff's claim alleged under 15 U.S.C. § 1692e(2)(A) of the Fair Debt Collections Practices Act is denied.

Baton Rouge, Louisiana, February 7, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA