IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE

| | | |
|---|---|---|
| EMILY WAGNER | * | CIVIL ACTION NO. 07CV604 |
| | * | |
| VERSUS | * | JUDGE: RALPH E. TYSON |
| | * | |
| BELLSOUTH TELECOMMUNICATIONS, INC; FRANKLIN COLLECTION SERVICE, INC.; CBCS, aka CBCS NATIONAL AND CREDIT BUREAU COLLECTION SERVICES, INC., EQUIFAX CREDIT INFORMATION SERVICES, INC. and TRANSUNION, L.L.C. | * | MAG: STEPHEN RIEDLINGER |

*********************************************

## ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice;

**IT IS HEREBY ORDERED** that CBCS aka CBCS National and Credit Bureau Collection Services, Inc. and all claims asserted against CBCS aka CBCS National and Credit Bureau Collection Services, Inc. be and are hereby **DISMISSED**, with prejudice, each party to bear their respective costs.

Baton Rouge, Louisiana, this 15th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE