UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EMILY WAGNER

VERSUS

BELLSOUTH TELECOMMUNICATIONS, INC., ET AL

CIVIL ACTION

NO. 07-604-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 30, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, Franklin Collection Service, Inc.'s Motion for Summary Judgment is granted in part and denied in part. Summary judgment as to the claim against Franklin Collection Service, Inc.'s for a violation of § 1692(8), based on its failure to report an accurate date of first delinquency on the second BellSouth account to Equifax, is denied. Summary judgment on all other claims against Franklin Collection Service, Inc. under the Fair Debt Collections Practices Act and the Fair Credit Reporting Act are

granted and those claims are dismissed.

Baton Rouge, Louisiana, ~~May~~ June 8, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA