UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EMILY WAGNER

VERSUS

BELLSOUTH TELECOMMUNICATIONS, INC.,
FRANKLIN COLLECTION SERVICE, INC.,
CBCS, also known as CBCS NATIONAL,
also known as CREDIT BUREAU COLLECTION
SERVICES, INC., EQUIFAX CREDIT INFORMATION
SERVICES, INC., TRANS UNION, L.L.C.

CIVIL ACTION

NO. 07-604-BAJ-SCR

## JUDGMENT

For written reasons assigned and filed herein on September 24, 2012, granting the Second Motion for Summary Judgment filed by Franklin Collection Services, Inc., and;

Considering the Court's rulings filed August 31, 2010 (doc. 237), June 9, 2010 (doc. 230), and June 30, 2009 (doc. 174), and;

The Court having granted the Joint Motion for Dismissal of Plaintiff's claims against CBCS, aka CBCS National and Credit Bureau Collection Services, Inc. on October 15, 2008 (doc. 118), and considering the Stipulation of Dismissal With Prejudice filed by Plaintiff and Trans Union, L.L.C. on August 4, 2009 (doc. 194);

**IT IS ORDERED** that judgment is entered in favor of defendants, BellSouth Telecommunications, Inc., Franklin Collection Services, Inc., and Equifax Credit Information Services, Inc., and against Plaintiff, Emily Wagner, and this action is hereby DISMISSED.

**IT IS FURTHER ORDERED** that the jury trial scheduled for October 1, 2012 is

Jury

cancelled. All remaining motions are denied as moot.

Baton Rouge, Louisiana, September 24, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA